A-1

**EXHIBIT A**

*Dates of Plaintiff Archer Capital Master Fund, L.P.'s
Purchases of ARCP Common Stock (excluding Shares
Acquired in Cole Merger):*

9/24/2014
9/30/2014
10/29/2014