## **EXHIBIT C**

*Dates of Plaintiff Archer Crossbow Master Fund, L.P.'s
Purchases of ARCP Common Stock:*

9/24/2014
9/30/2014
10/29/2014