```
JS 44C/SDNY                              CIVIL COVER SHEET
REV. 07/01/16
```

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

PLAINTIFFS
Archer Capital Master Fund, L.P., Hastings Master Fund, L.P., and Archer Crossbow Master Fund, L.P.

DEFENDANTS
American Realty Capital Properties, Inc. n/k/a VEREIT, Inc., Nicholas S. Schorsch, David S. Kay, Brian S. Block, Lisa P. McAlister, Peter M. Budko, Lisa E. Beeson, Brian D. Jones, Edward M. Weil, Jr., William M. Kahane, Leslie D. Michelson, Edward G. Rendell, and Scott J. Bowman

ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER
Lowenstein Sandler LLP, 1251 Avenue of the Americas, New York, NY 10020 (212) 262-6700

ATTORNEYS (IF KNOWN)

CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)
(DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

Sections 10(b), 18, and 20(a) of the Securities Exchange Act of 1934 (15 USC secs. 78j, 78r, 78t); and Section 11 of the Securities Act of 1933 (15 USC sec. 77k)

Has this action, case, or proceeding, or one essentially the same been previously filed in SDNY at any time? No [ ] Yes [✓]   Judge Previously Assigned

If yes, was this case Vol. [ ] Invol. [ ] Dismissed. No [ ] Yes [ ] If yes, give date _____ & Case No. _____

IS THIS AN INTERNATIONAL ARBITRATION CASE?     No [x]   Yes [ ]

(PLACE AN [x] IN ONE BOX ONLY)        NATURE OF SUIT

TORTS                                                                                     ACTIONS UNDER STATUTES

CONTRACT             PERSONAL INJURY      PERSONAL INJURY/       FORFEITURE/PENALTY   BANKRUPTCY              OTHER STATUTES
                                          [ ] 367 HEALTHCARE/
[ ] 110 INSURANCE    [ ] 310 AIRPLANE     PHARMACEUTICAL PERSONAL [ ] 625 DRUG RELATED [ ] 422 APPEAL          [ ] 375 FALSE CLAIMS
[ ] 120 MARINE       [ ] 315 AIRPLANE PRODUCT INJURY/PRODUCT LIABILITY SEIZURE OF PROPERTY     28 USC 158     [ ] 376 QUI TAM
[ ] 130 MILLER ACT        LIABILITY       [ ] 365 PERSONAL INJURY     21 USC 881      [ ] 423 WITHDRAWAL      [ ] 400 STATE
[ ] 140 NEGOTIABLE   [ ] 320 ASSAULT, LIBEL &     PRODUCT LIABILITY  [ ] 690 OTHER          28 USC 157                 REAPPORTIONMENT
        INSTRUMENT        SLANDER         [ ] 368 ASBESTOS PERSONAL                                          [ ] 410 ANTITRUST
[ ] 150 RECOVERY OF  [ ] 330 FEDERAL          INJURY PRODUCT                                                 [ ] 430 BANKS & BANKING
        OVERPAYMENT &     EMPLOYERS'          LIABILITY                               PROPERTY RIGHTS        [ ] 450 COMMERCE
        ENFORCEMENT       LIABILITY                                                                          [ ] 460 DEPORTATION
        OF JUDGMENT  [ ] 340 MARINE       PERSONAL PROPERTY                           [ ] 820 COPYRIGHTS     [ ] 470 RACKETEER INFLU-
[ ] 151 MEDICARE ACT [ ] 345 MARINE PRODUCT                                           [ ] 830 PATENT                 ENCED & CORRUPT
[ ] 152 RECOVERY OF       LIABILITY       [ ] 370 OTHER FRAUD                         [ ] 840 TRADEMARK              ORGANIZATION ACT
        DEFAULTED    [ ] 350 MOTOR VEHICLE [ ] 371 TRUTH IN LENDING                                                  (RICO)
        STUDENT LOANS [ ] 355 MOTOR VEHICLE                                                                  [ ] 480 CONSUMER CREDIT
        (EXCL VETERANS)   PRODUCT LIABILITY                                           SOCIAL SECURITY        [ ] 490 CABLE/SATELLITE TV
[ ] 153 RECOVERY OF  [ ] 360 OTHER PERSONAL
        OVERPAYMENT       INJURY          [ ] 380 OTHER PERSONAL  LABOR                [ ] 861 HIA (1395ff)   [x] 850 SECURITIES/
        OF VETERAN'S [ ] 362 PERSONAL INJURY -     PROPERTY DAMAGE                    [ ] 862 BLACK LUNG (923)       COMMODITIES/
        BENEFITS          MED MALPRACTICE [ ] 385 PROPERTY DAMAGE [ ] 710 FAIR LABOR  [ ] 863 DIWC/DIWW (405(g))      EXCHANGE
[ ] 160 STOCKHOLDERS                          PRODUCT LIABILITY        STANDARDS ACT  [ ] 864 SSID TITLE XVI
        SUITS                                                        [ ] 720 LABOR/MGMT [ ] 865 RSI (405(g))
[ ] 190 OTHER                             PRISONER PETITIONS             RELATIONS                           [ ] 890 OTHER STATUTORY
        CONTRACT                          [ ] 463 ALIEN DETAINEE    [ ] 740 RAILWAY LABOR ACT                        ACTIONS
[ ] 195 CONTRACT                          [ ] 510 MOTIONS TO        [ ] 751 FAMILY MEDICAL FEDERAL TAX SUITS  [ ] 891 AGRICULTURAL ACTS
        PRODUCT           ACTIONS UNDER STATUTES VACATE SENTENCE   LEAVE ACT (FMLA)
        LIABILITY                             28 USC 2255                             [ ] 870 TAXES (U.S. Plaintiff or
[ ] 196 FRANCHISE    CIVIL RIGHTS         [ ] 530 HABEAS CORPUS     [ ] 790 OTHER LABOR        Defendant)     [ ] 893 ENVIRONMENTAL
                                          [ ] 535 DEATH PENALTY         LITIGATION    [ ] 871 IRS-THIRD PARTY        MATTERS
                     [ ] 440 OTHER CIVIL RIGHTS [ ] 540 MANDAMUS & OTHER [ ] 791 EMPL RET INC        26 USC 7609 [ ] 895 FREEDOM OF
REAL PROPERTY              (Non-Prisoner)                                SECURITY ACT (ERISA)                        INFORMATION ACT
                     [ ] 441 VOTING                                                                          [ ] 896 ARBITRATION
[ ] 210 LAND         [ ] 442 EMPLOYMENT                             IMMIGRATION                              [ ] 899 ADMINISTRATIVE
        CONDEMNATION [ ] 443 HOUSING/     PRISONER CIVIL RIGHTS                                                      PROCEDURE ACT/REVIEW OR
[ ] 220 FORECLOSURE        ACCOMMODATIONS                           [ ] 462 NATURALIZATION                           APPEAL OF AGENCY DECISION
[ ] 230 RENT LEASE & [ ] 445 AMERICANS WITH [ ] 550 CIVIL RIGHTS         APPLICATION
        EJECTMENT          DISABILITIES - [ ] 555 PRISON CONDITION  [ ] 465 OTHER IMMIGRATION                [ ] 950 CONSTITUTIONALITY OF
[ ] 240 TORTS TO LAND      EMPLOYMENT     [ ] 560 CIVIL DETAINEE         ACTIONS                                     STATE STATUTES
[ ] 245 TORT PRODUCT [ ] 446 AMERICANS WITH    CONDITIONS OF CONFINEMENT
        LIABILITY          DISABILITIES -OTHER
[ ] 290 ALL OTHER    [ ] 448 EDUCATION
        REAL PROPERTY

Check if demanded in complaint:

[ ] CHECK IF THIS IS A CLASS ACTION
    UNDER F.R.C.P. 23

DO YOU CLAIM THIS CASE IS RELATED TO A CIVIL CASE NOW PENDING IN S.D.N.Y.
AS DEFINED BY LOCAL RULE FOR DIVISION OF BUSINESS 13?
IF SO, STATE:

DEMAND $_____ OTHER _____    JUDGE Alvin K. Hellerstein    DOCKET NUMBER 1:15-mc-00040

Check YES only if demanded in complaint
JURY DEMAND: [x] YES [ ] NO        NOTE: You must also submit at the time of filing the Statement of Relatedness form (Form IH-32).

(PLACE AN x IN ONE BOX ONLY) **ORIGIN**

- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
  - [ ] a. all parties represented
  - [ ] b. At least one party is pro se.
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from (Specify District)
- [ ] 6 Multidistrict Litigation (Transferred)
- [ ] 7 Appeal to District Judge from Magistrate Judge
- [ ] 8 Multidistrict Litigation (Direct File)

(PLACE AN x IN ONE BOX ONLY) **BASIS OF JURISDICTION** *IF DIVERSITY, INDICATE CITIZENSHIP BELOW.*

- [ ] 1 U.S. PLAINTIFF
- [ ] 2 U.S. DEFENDANT
- [x] 3 FEDERAL QUESTION (U.S. NOT A PARTY)
- [ ] 4 DIVERSITY

CITIZENSHIP OF PRINCIPAL PARTIES (FOR DIVERSITY CASES ONLY)

(Place an [X] in one box for Plaintiff and one box for Defendant)

| | PTF | DEF | | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|---|---|---|
| CITIZEN OF THIS STATE | [ ]1 | [ ]1 | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | [ ]3 | [ ]3 | INCORPORATED and PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE | [ ]5 | [ ]5 |
| CITIZEN OF ANOTHER STATE | [ ]2 | [ ]2 | INCORPORATED or PRINCIPAL PLACE OF BUSINESS IN THIS STATE | [ ]4 | [ ]4 | FOREIGN NATION | [ ]6 | [ ]6 |

PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)

c/o Lowenstein Sandler LLP
1251 Avenue of the Americas
New York, New York 10020
New York County

DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)

American Realty Capital Properties, Inc., n/k/a VEREIT, Inc., 405 Park Ave., New York, NY New York County; Nicholas S. Schorsch, c/o Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, NY 10019, New York County; David S. Kay, c/o Kirkland & Ellis LLP, 601 Lexington Ave., New York, NY, New York County; Brian S. Block, 605 Edwin Lane, Hatfield, PA 19440, Montgomery County; Lisa P. McAlister, 4118 Symmes Cir., Arlington, MA 02474, Middlesex County; Peter M. Budko, 5008 Red Willow Lane 76, Matthews, NC 28104, Union County; Lisa E. Beeson, 22 Willowmere Cir, Riverside, CT, 06878, Fairfield County; Brian D. Jones, c/o Kellogg, Huber, Hansen, Todd, Evans, & Figel, PLLC, 1615 M. St., NW, Suite 400, Washington DC 20036; Edward M. Weil, Jr., c/o Kellogg, Huber, Hansen, Todd, Evans & Figel, PLLC, 1615 M. St., NW, Suite 400, Washington DC 20036; William M. Kahane, 1 W 64th St., #41, New York, NY 10023; New York County; Leslie D. Michelson, 804 N Whittier Drive, Beverly Hills, CA 90210, Los Angeles County; Edward G. Rendell, 3425 Warden Drive, Philadelphia, PA 19129 Philadelphia County; Scott J. Bowman, c/o Kellogg, Huber, Hansen, Todd, Evans & Figel, PLLC, 1615 M St., NW, Suite 400, Washington, DC 20036

DEFENDANT(S) ADDRESS UNKNOWN
REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN THE RESIDENCE ADDRESSES OF THE FOLLOWING DEFENDANTS:

**COURTHOUSE ASSIGNMENT**

I hereby certify that this case should be assigned to the courthouse indicated below pursuant to Local Rule for Division of Business 18, 20 or 21. DO NOT check either box if this is a PRISONER PETITION/PRISONER CIVIL RIGHTS COMPLAINT.

Check one: THIS ACTION SHOULD BE ASSIGNED TO: [ ] WHITE PLAINS [x] MANHATTAN

DATE: 7/8/16   SIGNATURE OF ATTORNEY OF RECORD: /s/ Lawrence M. Rolnick

ADMITTED TO PRACTICE IN THIS DISTRICT
[ ] NO
[x] YES (DATE ADMITTED Mo. April Yr. 1991)

RECEIPT #   Attorney Bar Code # LR0546

Magistrate Judge is to be designated by the Clerk of the Court.

Magistrate Judge _____ is so Designated.

Ruby J. Krajick, Clerk of Court by _____ Deputy Clerk, DATED _____.

UNITED STATES DISTRICT COURT (NEW YORK SOUTHERN)

Clear Form    Save    Print