```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
TWIN SECURITIES, INC., et al.,               :    ORDER
                                             :
                        Plaintiffs,          :
                                             :
        -against-                            :    15 Civ. 1291 (AKH)
                                             :
AMERICAN REALTY CAPITAL PROPERTIES,          :
et al.,                                      :
                                             :
                        Defendants.          :
                                             :
------------------------------------------------------------ x
HG VORA SPECIAL OPPORTUNITIES               :
MASTER FUND, LTD.,                           :
                                             :
                        Plaintiffs,          :
                                             :
        -against-                            :    15 Civ. 4107 (AKH)
                                             :
AMERICAN REALTY CAPITAL PROPERTIES,          :
et al.,                                      :
                                             :
                        Defendants.          :
------------------------------------------------------------ x
BLACKROCK ACS US EQUITY TRACKER              :
FUND, et al.,                                :
                                             :
                        Plaintiffs,          :
                                             :
        -against-                            :    15 Civ. 8464 (AKH)
                                             :
AMERICAN REALTY CAPITAL PROPERTIES,          :
et al.,                                      :
                                             :
                        Defendants.          :
------------------------------------------------------------ x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/29/18

```
------------------------------------------------------------
PIMCO FUNDS: PIMCO DIVERSIFIED            :
INCOME FUND, et al.,                      :
                                          :
                                          :
                    Plaintiffs,           :
                                          :   15 Civ. 8466 (AKH)
        -against-                         :
                                          :
AMERICAN REALTY CAPITAL PROPERTIES,       :
et al.,                                   :
                                          :
                                          :
                    Defendants.           :
------------------------------------------------------------ x
CLEARLINE CAPITAL PARTNERS LP, et al.,    :
                                          :
                    Plaintiffs,           :
                                          :
                                          :
        -against-                         :   15 Civ. 8467 (AKH)
                                          :
AMERICAN REALTY CAPITAL PROPERTIES,       :
et al.,                                   :
                                          :
                    Defendants.           :
                                          :
------------------------------------------------------------ x
PENTWATER EQUITY OPPORTUNITIES            :
MASTER FUND LTD, et al.,                  :
                                          :
                    Plaintiffs,           :
                                          :   15 Civ. 8510 (AKH)
        -against-                         :
                                          :
AMERICAN REALTY CAPITAL PROPERTIES,       :
et al.,                                   :
                                          :
                    Defendants.           :
------------------------------------------------------------ x
```

```
------------------------------------------------- :
ETON PARK FUND, L.P. and ETON PARK              :
MASTER FUND, LTD,                                :
                                                 :
                          Plaintiffs,            :   16 Civ. 9393 (AKH)
                                                 :
      -against-                                  :
                                                 :
AMERICAN REALTY CAPITAL PROPERTIES,              :
et al.,                                          :
                                                 :
                          Defendants.            :
------------------------------------------------- x
RELIANCE STANDARD LIFE INSURANCE                 :
COMPANY, et al.,                                 :
                                                 :
                          Plaintiffs,            :
                                                 :   17 Civ. 2796 (AKH)
      -against-                                  :
                                                 :
AMERICAN REALTY CAPITAL PROPERTIES,              :
et al.,                                          :
                                                 :
                          Defendants.            :
------------------------------------------------- x
JET CAPITAL MASTER FUND, L.P., et al.,           :
                                                 :
                          Plaintiffs,            :
                                                 :
      -against-                                  :   15 Civ. 307 (AKH)
                                                 :
AMERICAN REALTY CAPITAL PROPERTIES,              :
et al.,                                          :
                                                 :
                          Defendants.            :
                                                 :
------------------------------------------------- x
```

```
------------------------------------------------------------ :
ARCHER CAPITAL MASTER FUND, L.P., et al.,                    :
                                                             :
                              Plaintiffs,                    :
                                                             :       16 Civ. 5471 (AKH)
           -against-                                         :
                                                             :
AMERICAN REALTY CAPITAL PROPERTIES,                          :
et al.,                                                      :
                                                             :
                              Defendants.                    :
                                                             :
--------------------------------------------------------- x
ATLAS MASTER FUND, LTD., et al.,                             :
                                                             :
                              Plaintiffs,                    :
                                                             :
           -against-                                         :       16 Civ. 5475 (AKH)
                                                             :
AMERICAN REALTY CAPITAL PROPERTIES,                          :
et al.,                                                      :
                                                             :
                              Defendants.                    :
                                                             :
--------------------------------------------------------- x
FIR TREE CAPITAL OPPORTUNITY MASTER                          :
FUND, L.P., et al.,                                          :
                                                             :
                              Plaintiffs,                    :
                                                             :       17 Civ. 4975 (AKH)
           -against-                                         :
                                                             :
AMERICAN REALTY CAPITAL PROPERTIES,                          :
et al.,                                                      :
                                                             :
                              Defendants.                    :
------------------------------------------------------------
```

ALVIN K. HELLERSTEIN, U.S.D.J.:

On July 12, 2018, the Court issued an Order denying plaintiffs' motion for partial summary judgment, terminating a series of motions in the above-captioned cases. Additionally, I now hold that plaintiffs' motion to seal the associated reply memorandum of law and supporting

declaration is denied without prejudice to showing the specific portions of the exhibits that qualify for sealing, beyond reference to the protective order. Consistent with these orders, the clerk is instructed to terminate the following motions:

- 15 Civ. 1291: ECF 150, 154, 186
- 15 Civ. 4107: ECF 138, 142, 171
- 15 Civ. 8464: ECF 114, 118, 147
- 15 Civ. 8466: ECF 105, 109, 138
- 15 Civ. 8467: ECF 107, 111, 140
- 15 Civ. 8510: ECF 104, 108, 137
- 16 Civ. 9393: ECF 129, 133, 162
- 17 Civ. 2796: ECF 94, 98, 127
- 15 Civ. 307: ECF 115, 119, 147
- 16 Civ. 5471: ECF 119, 123, 151
- 16 Civ. 5475: ECF 81, 85, 113
- 17 Civ. 4975: ECF 98, 102, 130

SO ORDERED.

Dated:  August 29, 2018
        New York, New York

_____
ALVIN K. HELLERSTEIN
United States District Judge