UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARCHER CAPITAL MASTER FUND, L.P., *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> AMERICAN REALTY CAPITAL PROPERTIES, INC., *et al.*, <br><br> Defendants. | Civil Action No.: 1:16-cv-05471-AKH |
| ATLAS MASTER FUND, LTD., *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> AMERICAN REALTY CAPITAL PROPERTIES, INC., *et al.*, <br><br> Defendants. | Civil Action No.: 1:16-cv-05475-AKH |

(*captions continued on following page*)

**[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE**

| | |
|---|---|
| FIR TREE CAPITAL OPPORTUNITY MASTER FUND, L.P., *et al.*<br><br>                      Plaintiff,<br><br>vs.<br><br>AMERICAN REALTY CAPITAL PROPERTIES, INC., *et al.*,<br><br>                      Defendants, | Civil Action No.: 1:17-cv-04975-AKH |
| COHEN & STEERS INSTITUTIONAL REALTY SHARES, INC., *et al.*,<br><br>                      Plaintiffs,<br><br>v.<br><br>AMERICAN REALTY CAPITAL PROPERTIES, INC. *et al.*,<br><br>                      Defendants. | Civil Action No.: 1:18-cv-06770-AKH |

Pursuant to the Joint Motion for Dismissal with Prejudice Pursuant to Rule 41(a)(2) (the "Motion") filed in the above-captioned actions on November 2, 2018, by the Plaintiffs in those actions and Defendant American Realty Capital Properties, Inc., n/k/a VEREIT, Inc., and for good cause appearing;

**IT IS ORDERED** that the Motion is **GRANTED**. All claims filed by Plaintiffs against all defendants in the above-captioned actions are hereby **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs, expenses and attorneys' fees.

The Clerk of Court is directed to terminate the following Motions and **CLOSE** these cases.

- *Archer Capital Master Fund, L.P., et al. v. American Realty Capital Properties, Inc., et al.*, Civil Action No. 1:16-cv-05471-AKH, Dkt. No. 165
- *Atlas Master Fund, Ltd., et al. v. American Realty Capital Properties, Inc., et al.*, Civil Action No. 1:16-cv-05475-AKH, Dkt. No. 125
- *Fir Tree Capital Opportunity Master Fund, L.P., et al. v. American Realty Capital Properties, Inc., et al.*, Civil Action No. 1:17-cv-04975-AKH, Dkt. No. 140
- *Cohen & Steers Institutional Realty Shares, Inc., et al. v. American Realty Capital Properties, Inc., et al.*, Civil Action No. 1:18-cv-06770-AKH, Dkt. No. 33

SO ORDERED

Dated:   November ___, 2018           _____
         New York, New York                      ALVIN K. HELLERSTEIN
                                                 United States District Judge