# MILBANK, TWEED, HADLEY & M<sup>C</sup>CLOY LLP

**28 LIBERTY STREET**
**NEW YORK, N.Y. 10005-1413**

212-530-5000

FAX: 212-530-5219

Scott A. Edelman
Chairman
DIRECT DIAL NUMBER
212-530-5149
Fax: 212-822-5149
E-MAIL: sedelman@milbank.com

November 5, 2018

**LOS ANGELES**
424-386-4000
FAX: 213-629-5063

**WASHINGTON, D.C.**
202-835-7500
FAX: 202-835-7586

**LONDON**
44-20-7615-3000
FAX: 44-20-7615-3100

**FRANKFURT**
49-69-71914-3400
FAX: 49-69-71914-3500

**MUNICH**
49-89-25559-3600
FAX: 49-89-25559-3700

**BEIJING**
8610-5969-2700
FAX: 8610-5969-2707

**HONG KONG**
852-2971-4888
FAX: 852-2840-0792

**SEOUL**
822-6137-2600
FAX: 822-6137-2626

**SINGAPORE**
65-6428-2400
FAX: 65-6428-2500

**TOKYO**
813-5410-2801
FAX: 813-5410-2891

**SÃO PAULO**
55-11-3927-7700
FAX: 55-11-3927-7777

**VIA ECF AND HAND DELIVERY**

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:   Certain Non-Class Actions Relating to *In re American Realty Capital Properties, Inc. Litigation*, No. 15-mc-00040-AKH

Dear Judge Hellerstein:

The undersigned submits this letter jointly on behalf of Defendant American Realty Capital Properties, Inc., n/k/a VEREIT, Inc. ("ARCP"), and the direct action Plaintiffs (the "Settling Plaintiffs") in the following individual actions: *Archer Capital Master Fund, L.P., et al. v. American Realty Capital Properties, Inc., et al.*, No. 1:16-cv-05471-AKH; *Atlas Master Fund, Ltd., et al. v. American Realty Capital Properties, Inc., et al.*, No. 1:16-cv-05475-AKH; *Fir Tree Capital Opportunity Master Fund, L.P., et al. v. American Realty Capital Properties, Inc., et al.*, No. 1:17-cv-04975-AKH; and *Cohen & Steers Institutional Realty Shares, Inc., et al. v. American Realty Capital Properties, Inc., et al.*, No. 1:18-cv-06770-AKH (the "Settled Individual Actions").

On Monday, November 5, 2018, ARCP and the Settling Plaintiffs, represented by Lowenstein Sandler LLP, submitted dismissal papers in the Settled Individual Actions. These dismissal papers were submitted because ARCP and these Settling Plaintiffs reached settlements of the Settled Individual Actions, in which the Settling Plaintiffs received certain monetary

The Honorable Alvin K. Hellerstein
November 5, 2018
Page 2

compensation and, in exchange, agreed, among other things, to dismiss all of their individual claims asserted in the Settled Individual Actions. The Settled Individual Actions are individual actions, and not class actions, and thus no inquiry or approval pursuant to Rule 23 or otherwise is necessary.

The settlement, and dismissal papers submitted in the Settled Individual Actions, relate only to the Settled Individual Actions, and do not relate to (1) the ongoing class action (*In re American Realty Capital Properties, Inc. Litigation*, No. 1:15-mc-00040-AKH), (2) the individual action captioned *Jet Capital Master Fund, L.P., et al. v. American Realty Capital Properties, Inc., et al.*, No. 1:15-cv-00307-AKH, which is an individual action in which the plaintiffs are represented by the Lowenstein firm, or (3) the shareholder derivative action (*Witchko v. Schorsch, et al.*, No. 1:15-cv-06043-AKH), all of which are still pending.

The parties thank the Court for its attention to this matter.

Respectfully submitted,

/s/ Scott A. Edelman
Scott A. Edelman

cc: All counsel (*via ECF*)